# TABLE OF CONTENTS   05   10139 JLT

LIST OF PARTY'S ...................................... ii

STATEMENT OF THE CASE ............................... iii

TABLE OF AUTHORITIES ................................ IV

BACKROUND .......................................... 1

THE CASE ........................................... 1-4

CONCLUSION ......................................... 4-6


APPENDIX ....................................PAGE   7

RECEIPT # *116 38*
AMOUNT $ *150 00*
SUMMONS ISSUED )
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M.P
DATE 1/21/2005

MAGISTRATE JUDGE RBC

i

FRANKLIN X. DAVIDSON PRO SE-ET AL
P.O.BOX 4220
PEABODY MASS. 01961-4220

V.

DOW CHEMICAL CO.
2030 DOW CENTER
MIDLAND MICH. 48642

FILED
IN CLERKS OFFICE

2005 JAN 21  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

05 cv 10139 JLT

## STATEMENT OF THE CASE

ON APRIL 9, 2003 THE U.S. SUPREME COURT IN CASE NO. 02-271
(DOW V. STEPHENSON) DEADLOCKED ON WHETHER IT WAS TOO LATE FOR
SICK VIETNAM VETERANS TO SUE THE CHEMICAL COMPANY'S OVER AGENT
ORANGE EXPOSURE EVEN THOUGH THE VIETNAM WAR HAS BEEN OVER FOR
30 YEARS, SOME VETERANS ARE EXPERIENCEING WAR RELATED EXPOSURE
ILLNESSES AFTER THE NATIONAL AGENT ORANGE CLASS ACTION OF 1984.

THE VIETNAM VETERANS WERE SHUT OUT OF THE CLASS ACTION SUIT
AND WERE NOT REPRESENTED IN THAT ACTION, THE EFFECT OF THE
SUPREME COURTS DEADLOCKED VOTE IS TO AFFERM THE 2nd U.S. CIRCUIT
COURT OF APPEALS JUDGEMENT AND ALLOW THE LITIGATION TO PROCEED
IN LOWER COURT, THE PLAINTIFF IN THIS CASE IS ONE OF THOSE LATE
BLOOMING AGENT ORANGE EXPOSURER SICK VIETNAM VETERANS.

THE PLAINTIFF BELIEVES HE IS ALSO ENTITLED TO SUE DOW CHEMICAL
CO. UNDER THE PRODUCT LIABILITY DOCTRINE WITH INJURY UNDER
377 P.,2ND, 897-900, AND 111 N.E. 1070.

TABLE OF AUTHORITIES

1. APRIL 9,2003 U.S. SUPREME COURT DEADLOCK DECISION IN THE
   DOW CHEMICAL CO. V. STEPHENSON 02-271 CASE IS TO AFFERM
   THE 2nd CIRCUIT COURT JUDGEMENT TO ALLOW LITIGATION TO
   PROCEED IN LOWER COURT FOR LATE BLOOMING VIETNAM VETERANS
   WHO GOT SICK FROM AGENT ORANGE EXPOSURE WHILE SERVING IN
   VIETNAM.

2. UNDER THE PRODUCT LIABILITY DOCTRINE (377 P,2nd, 897,900)

**05ᶜᵛ 10139 JLT**

BACKROUND


IN APRIL OF 1967 U.S. NAVY RECRUITERS CANVASSED THE CONST-
RUTION UNION HALLS, AND NON-UNION HIREING AGENCY'S FOR JOURNEYMAN
CONSTRUCTION WORKERS OF ALL TRADES WITH AT LEAST 10 YEARS OF
FIELD EXPERIENCE TO ENLIST IN THE U.S. NAVY CONSTRUCTION BATTLION
DIRECT PROCUREMENT PETTY OFFICER PROGRAM AND TO SERVE (2) TOURS
OF DUTY IN VIETNAM, THE PLAINTIFF WAS 33 YEARS OLD, MARRIED, WITH
TWO CHILDREN AND 10 YEARS OF UNION CARPENTER HEAVY CONSTRUCTION
EXPERIENCE, THE PLAINTIFF AGREED TO THE U.S. NAVY TERMS AFTER
BEING ASSURED BY THE NAVY THAT SHOULD WOUNDS, DEATH, OR DISEASE
BEFALL US THE NAVY, AS WELL AS OUR COUNTRY WOULD TAKE CARE OF
OUR FAMILY'S, AND OURSELF.

# 05~10139 JLT

THE CASE


THE PLAINTIFF BEGAN HIS TWO TOURS OF DUTY IN VIETNAM ON NOV.24
1967 IN THE DANANG, AND HOI AN AREAS, AND ENDED HIS FIRST TOUR IN
DANANG ON AUG. 15,1968, HIS SECOND TOUR BEGAN IN CHU LAI ON JAN.
12, 1969 AND ENDED AT CHU LAI ON OCT. 12,1969, THE BATTLION EARNED
(7) BATTLE STARS.(APPENDIX #1&#2).


DURING THE PLAINTIFF'S TOUR IN THE I CORPS AREA HE WAS ATTACHED
TO THE 1ST, AND 3RD U.S. MARINE DIV'S WITH HIS 10 MAN SQUAD BUILD-
ING VARIOUS MILATARY PROJECTS, ON DEC. 26, 1967 HIS PLATOON WAS
TRANSFERED TO THE 2nd KOREAN MARINE BRIGADE LANDING IN HOI AN,
THE PLAINTIFF'S PLATOON WAS ONE OF 120 SEABEES ENGAGED IN BUILDING
A BASE CAMP FOR THE BRIGADE, THE FIRST TET ATTACK OCCURED ON JAN.
30,1968 AT 8:15 PM TRAPPING THE 120 SEABEES AS WELL AS THE ALLIED
TROOPS FOR 19 DAY'S.


1.

BETWEEN APRIL 1968, AND JUNE 1968 WHILE WE WERE AT MORNING
FORMATION WE WERE SPRAYED SPRAYED BY AGENT ORANGE DEFOILENT FROM
(3) THREE USAF CARGO PLANES, ON THREE DIFFERENT OCCASIONS, WE WERE
TOLD BY OUR CHIEF THAT THE PLANES  WERE SPRAYING DDT TO KEEP THE
BUGS DOWN, IT WAS ONLY A FEW WEEKS LATER WE FOUND OUT THAT THE
PLANES WERE SPRAYING AGENT ORANGE DEFOILENT, THE FACTS IN (APPDX.
#3 &#4) BARE THIS STATEMENT OUT.

DOW CHEMICAL WILLFULLY WITHELD CRUCIAL INFORMATION FROM THE
U.S. GOVERNMENT, AND MILATARY, TO THE DANGER TO HUMANS EXPOSED TO
THE AGENT ORANGE DEFOILENT FROM THE ONSET OF THE AGENT ORANGE
SPRAYING OPERATIONS IN VIETNAM FROM 1961-1971, TO HIDE DOW CHEM.
PRIOR KNOLEDGE OF PRODUCT LIABILITY WHICH WAS  ESTABLISHED IN THE
NATIONAL CLASS ACTION SETTLEMENT OF THE AGENT ORANGE CASE IN 1984
WHICH THIS PLAINTIFF WAS WRONGLY SHUT OUT, IN THE RECIENT CASE
BEFORE THE U.S. SUPREME COURT (DOW CHEMICAL V. STEPHENSON) DOC.
NO. 02-271  THE COURT WAS TOLD THAT ALTHOUGH THE' VIETNAM WAR ENDED
30 YEARS AGO, SOME WAR RELATED ILLNESSES ARE JUST BEING DISCOVERED,
THE PLAINTIFF IS ONE OF THOSE AGENT ORANGE EXPOSED VIETNAM VETS,

FURTHER, THE SUPREME COURT DEADLOCKED, PAVEING THE WAY FOR THE
EXPOSED VETS TO SUE THE CHEMICAL COMPANY'S UNDER THE 2ND U.S.
CIRCUT COURT OF APPEALS JUDGEMENT ALLOWING LITIGATION TO PROCEED
IN LOWER COURT. (APPENDIX #4A-PARA. #2,#3,#5).

IN THE DOCUMENT (APPENDIX #5) THE PLAINTIFF RECIEVED FROM THE
VETERANS ADMINISTRATION ON JULY 27,1984 THE FIRST OFFICIAL CON-
FERMATION THAT HE HAD INDEED BEEN EXPOSED TO AGENT ORANGE WHILE
SERVING IN VIETNAM FROM 1967 TO 1969, THE PLAINTIFF SUFFERS FROM
THE FOLLOWING DISEASES:, HYPERTENSION, ARTHRITIS OF THE SPINE,
DIABETES II, HEART PROBLEMS, THE PLAINTIFF USES THE VETERANS
ADMINISTRATION DOCUMENTS (AS INCONSISTANT AS THEY ARE) TO ESTABLISH
PROOF OF THE ABOVE DISEASES EVENTHOUGH VA DENIES THEM IN ONE PARA
GRAPH BUT CONFERMS THEM AS LINKS IN ANOTHER PARAGRAPH, AND STUDY.
(APPENDIX #5 THRU #11).

2.

THERE IS NO DOUBT WHATEVER THAT THE PLAINTIFF WAS SPRAYED BY
AGENT ORANGE,(APPENDIX #5) PROVES THIS FACT, THE DOCUMENT IN
APPENDIX #6, PARA. #8) PROVES WITHOUT A SHADOW OF DOUBT THAT
HYPERTENSION A PRECURSER TO HEART, AND OTHER PROBLEMS, ARTHRITIS
IS ALSO STATED AS A LINK TO AGENT ORANGE EXPOSURE, AS WELL AS
DIABETES MELLITUS, DIABETES MELLITUS WAS ESTABLISHED AS SERVICE
CONNECTED BY THE VETERANS ADMIN. IN (APPENDIX #7,PARA. #1, BUT
DENIED SERVICE CONNECTED STATUS IN (APPENDIX #7,PARA. #2-1,) AND
AGAIN IN (APPENDIX #7A, PARA.#1,&#2) COMPLEATLY IGNOREING THE
VETERANS OWN REPORT OF A LINK TO HEART, AND VESSEL DISEASE IN
APPENDIX #8, COL. #2, PARA. #2)IN (APPENDIX #9, AND #10) THE VA
CONTINUES IT'S FLIP FLOP ON THE SUBJECT  OF SERVICE CONNECTED
DUE TO AGENT ORANGE EXPOSURE FOR THE PLAINTIFF, MOST ALL THE
DISEASES THAT THE PLAINTIFF NOW SUFFERS OCCURED AFTER THE (1)
YEAR TIME LIMIT ESTABLISHED BY THE VETERANS ADMIN. FOR EXPOSED
AGENT ORANGE VETERANS TO FILE FOR SERVICE CONNECTION OF THE
DISEASE WHICH IS WELL WITHIN A RECIENT STUDY BY THE NATIONAL
ACADAMY OF SCIENCE,AND THE INSTITUTE OF MEDICINE (APPENDIX #11,
COL. #1-PARA.#2,AND PARA.#4) AS FOLLOWES:,

BECAUSE NO EPIDEMIOLGIC(POPULATION) STUDIES HAVE EVALUATED THE
TIME BETWEEN THE END OF EXPOSURE AND THE OCCURRENCE OF RESP-
IRATORY CANCERS, IOM WAS UNABLE DETERMINE A PERIOD BEYOND WHICH
THE OCCURRANCE OF RESPIRATORY CANCERS COULD NO LONGER BE PRESUMED
TO BE RELATED TO RESPIRATORY TO TCDD EXPOSURE. HOWEVER, GIVEN THE
DELAYED EFFECTS SEEN IN SOME STUDIES (RISKS REMAINING INCREASED
UP TO 25 YEARS AFTER EXPOSURE), THE PERSISTENCE OF TCDD IN THE
BODY, THE PROMOTING ACTIVITY OF TCDD, AND THE FACT THAT RESP-
IRATORY-CANCER RISK POSED BY CERTAIN OTHER AGENTS REMAINS IN-
CREASED FOR MANY DECADES AFTER EXPOSURE HAS ENDED (AT LEAST 50
YEARS AFTER THE END OF EXPOSURE), THE IOM CONCLUDES THAT THE
RISK OF RESPIRATORY CANCERS POSED BY EXPOSURE TO TCDD "COULD LAST
MANY DECADES", , IF THEN THE THREAT OF CANCER IS AT RISK FOR 50

3.

YEARS, WHAT ABOUT ALL THE OTHER DISEASES AS CATALOGED IN
APPENDIX #6 ???, NO VETERAN OR HIS CHILDREN BORN AFTER TCDD-AGENT
ORANGE EXPOSURE IS SAFE FROM ANY OF THE KNOWN DISEASES FOR AT
LEAST 50 YEARS, AND COULD EXTEND EVEN TO GREAT GRANDCHILDREN.

THEREFORE THE PLAINTIFF'S LATE BLOOMING DISEASES OF DIABETES,
HEART PROBLEMS,HYPERTENSION, ARTHRITIS, ARE WELL WITHIN THE RANGE
OF THE NATIONAL ACADAMY OF SCIENCE,AND THE INSTITUTE OF MEDICINE
STUDY AS PRINTED IN THE VETERANS ADMIN. OWN MAGAZINE "AGENT ORANGE
REVIEW OF FEB. 2004", AND(APPENDIX #11)CONFERMS THE NAS/IOM TIME
PERIOD FOR CONTAMINATION OF AGENT ORANGE IN PEOPLE, FOOD, AND
ANIMALS.(SEE ALSO APPENDIX #8 THRU #10).

## CONCLUSION

THERE IS NO DOUBT THAT THE AUTHORITY'S FOR THE PLAINTIFF'S
RIGHT TO FILE A LAWSUIT IS CREDIABLE IN THIS MATTER BASED ON
RECENT FEDERAL COURT DECISIONS AND TORT PRODUCT LIABILITY WITH
INJURY DOCTRINE AS FOLLOWS:,

(A) RECIENT U.S. SUPREME COURT DEADLOCK IN THE DOW V. STEPHENSON
    CASE (DOC. NO. 02-271) IN WHICH THE COURT WAS TOLD THAT SOME
    VETERANS WERE SHUT OUT OF THE NATIONAL(DECADES OLD) SETTLE-
    MENT, AND ALTHOUGH THE VIETNAM WAR WAS OVER FOR 30 YEARS SOME
    VETERANS WERE STILL GETTING SICK, THE PLAINTIFF IN THIS CASE
    IS ONE OF THOSE EXPOSED TO AGENT ORANGE CASES.

(B) THE EFFECT OF THE U.S. SUPREME COURT DEADLOCK IS TOO AFFERM
    THE 2ND U.S. CIRCUIT OF APPEALS JUDGEMENT AND ALLOW LITIGATIN
    TO PROCEED IN LOWER COURT.

(C) UNDER THE PRODUCT LIABILITY DOCTRINE (377 P.2ND. 897-900)
    STATES " THE LAW OF TORTS THAT HOLD A MANUFACTURER, OR OTHER
    PARTY INVOLVED IN SELLING A PRODUCT, STRICTLY LIABLE WHEN A
    ARTICLE, PLACED INTO THE MARKET WITH KNOWLEDGE THAT IT IS TO

4.

BE USED WITHOUT INSPECTION FOR DEFECTS, PROVES TO HAVE A DEFECT
THAT CAUSES PERSONAL INJURY", THUS, ONE WHO SELLS ANY PRODUCT IN
A DEFECTIVE CONDITION UNREASONABLY DANGEROUS TO THE USER, OR CON-
SUMER, OR TO PROPERTY, MAY BE LIABLE FOR PHYSICAL HARM CAUSED
THEREBY. (111 N.E. 1050).

THERE IS NO DOUBT THAT IN THE HISTORY OF AGENT ORANGE THAT THIS
DEFOILENT WAS DANGEROUS TO MAN, BEAST, OR ENVRONMENT, TROOPS
FRIEND, OR FOE,ALL OF WHO WERE DENIED THE INFORMATION NEEDED TO
PROTECT THEMSELF FROM THIS DANGEROUS CHEMICAL BECAUSE DOW CHEMICAL
WITHELD CRUCIAL INFORMATION DETAILING THE DANGERS TO EXPOSURE TO
AGENT ORANGE(TCDD DIOXAN).

THE LATEST STUDY IN THE TIME LINE WHERE ALL THE DISEASES(CANCER)
AS WELL AS THE OTHER DISEASES IS 50 YEARS, NO STUDY HAS BEEN
STUDIED OF ANY MUTATED FORM OF THOS DISEASES NOR LENGTH OF TIME
WHERE EXPOSED VETERANS, OR THEIR CHILDREN COULD BREATH A SIGH OF
RELIEF, THEREFORE THE PLAINTIFF PETITIONS THE COURT TO AWARD THE
FOLLOWING REDRESS OF A WRONG VISITED UPON HIMSELF, AND FAMILY
BORN AFTER HIS RETURN FROM VIETNAM AND AGENT ORANGE EXPOSURE:,

(A) ONE AND ONE HALF MILLION DOLLER LUMP SUM AMOUNT WITHIN 10
    DAY'S,PAYABLE TO THE PLAINTIFF, AFTER COURT'S JUDGEMENT,
    OR AS THE COURT DIRECTS.

(B) THREE MILLION DOLLERS PLACED IN ESCROW UNDER THE PLAINTIFF'S
    DAUGHTERS CONTROL TO COVER ANY, AND ALL EXPENSES, MEDICAL OR
    OTHER, LINKED TO ANY DISEASE LINKED TO AGENT ORANGE, OR ANY
    MUTATED FORM THEREOF, FOR HERSELF, AND ANY CHILD BORN TO HER
    FOR THE NEXT 50 YEARS FROM THE DATE OF THE NAS/IOM STUDY, IN
    THE PRESENT TIME DAWN M. DAVIDSON SILVA HAS TWO CHILDREN.

(C) IF AT THE END OF 50 YEARS NO DISEASES OCCUR TO DAWN M.
    DAVIDSON SILVA, OR CHILDREN THE ESCROW ACCOUNT IS TO BE GIVIN
    BACK TO DOW CHEMICAL CO LESS $100.000.00 THOUSAND DOLLERS
    TO EACH MOTHER, AND CHILD FOR MENTAL ANGUISH OF THE DISEASE.

5.

IN CASE OF THE PLAINTIFF'S DEMISE PRIOR, DURING, OR AT THE END
OF THIS CASE I APPOINT MY OLDEST DAUGHTER KAREN A. DAVIDSON
DeLISLE OF BRADFORD MASS. MAIL ADDRESS P.O.BOX 947 MIDDLETON
MASS. 01947 TEL.NO. 978 374 2661, TO CONTINUE THIS CASE TO
FULLFILLMENT.

RESPECTFULLY SUBMITTED,

FRANKLIN X. DAVIDSON PRO SE
P.O. BOX 4220
PEABODY MASS. 01961-4220

978 538 0354

6.

APPENDIX

APPENDIX #1 ......................................... PAGE 8

APPENDIX #2 ......................................... PAGE 9

APPENDIX #3 .........................................PAGE 10

APPENDIX #4 .........................................PAGE 11
APPENDIX #4A ........................................PAGE 11A
APPENDIX #5 .........................................PAGE 12

APPENDIX #6 .........................................PAGE 13

APPENDIX #7 .........................................PAGE 14
APPENDIX #7A ........................................PAGE 14A
APPENDIX #8 .........................................PAGE 15

APPENDIX #9 .........................................PAGE 16

APPENDIX #10 .......................................PAGE 17

APPENDIX #11 .......................................PAGE 18

SAFEGUARD IT.

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|
| DAVIDSON, FRANKLIN XAVIER | 421 28 90 | 021 | 24 | 4203 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK | | |
|---|---|---|---|---|---|
| NAVY, USN | BU2 | E-5 | DAY 26 | MONTH JUL | YEAR 67 |

| 7. U. S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH | | |
|---|---|---|---|---|
| ☒ YES ☐ NO | BOSTON, MASS. | DAY 30 | MONTH JAN | YEAR 34 |

**PERSONAL DATA**

| 10 a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED | | |
|---|---|---|---|---|
| 19  73  34  13 | 73 PEABODY, MASS. | DAY | MONTH NA | YEAR |

**SELECTIVE SERVICE DATA**

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED | | |
|---|---|---|---|
| DISCHARGED | USNMCB FIFTY-EIGHT, DAVISVILLE, RHODE ISLAND | | |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE | | |
|---|---|---|---|
| Completed Vietnam Tour more than 90 days prior to EAOS BUPERSMAN Art. C-10306(1)(a) - 410 | DAY 16 | MONTH OCT | YEAR 69 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| USNMCB FIFTY-EIGHT | HONORABLE | DD 256N |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| NA | RE-1 |

**TRANSFER OR DISCHARGE DATA**

| 16. TERMINAL DATE OF RESERVE/ UMTS OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY: | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY | | |
|---|---|---|---|---|---|
| DAY   MONTH   YEAR  NA | ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED  ☐ OTHER | 02 | DAY 26 | MONTH JUL | YEAR 67 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | BU2 | BOSTON, MASS. |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 15 DUSTIN, PEABODY, MASS. | a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 02 | 21 |
| | | (2) OTHER SERVICE | 01 | 11 | 28 |
| | | (3) TOTAL (Line (1) plus Line (2)) | 04 | 02 | 19 |

| 23a. SPECIALTY NUMBER & TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | b. TOTAL ACTIVE SERVICE | 03 | 03 | 21 |
|---|---|---|---|---|---|
| BU-0000 | | c. FOREIGN AND/OR STA SERVICE | 02 | 00 | 21 |

**24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**

National Defense Service Medal
Vietnamese Campaign Medal
Vietnamese Service Medal

**25. EDUCATION AND TRAINING COMPLETED**

```
    X           X           X           X
      X           X           X
    X           X           X
      X           X           X
```

**SERVICE DATA**

| 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27 a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| NONE | 21 | ☒ YES ☐ NO | $ 2.00 | OCT 69 |

| | 28. VA CLAIM NUMBER | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | | |
|---|---|---|---|---|
| | C | ☒ $10,000 ☐ $5,000 ☐ NONE | | |

**VA AND SGLI SERVICE DATA**

**30. REMARKS**

High School — 2
NO CERTIFICATE ISSUED AT TIME OF SEPARATION

**REMARKS**

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 15 DUSTIN ST., PEABODY, MASS. 01960 | *Franklin Xavier Davidson* |

| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| H. M. POWLUS By direction of the Chief of Naval Personnel | *H M Powlus* |

**AUTHENTICATION**

| DD FORM 1 JUL 66 214N | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. S/N 0101-800-4301 | ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE | 1 |
|---|---|---|---|

APPENDIX #1 — Pg. #8

TRANSMITTAL OF ~ OR ENTITLEMENT TO AWARDS

DATE *Nov 15, 1977*

| NAME | SERVICE NO./SSAN | BRANCH OF SERVICE |
|------|------------------|-------------------|
| *Davidson Franklin X* | *42 28 90* | *US Navy* |

[X] THE RECORDS SHOW THAT THE PERSON NAMED ABOVE IS ENTITLED TO THE FOLLOWING MEDALS:
[ ] THE FOLLOWING MEDALS AUTHORIZED FOR ISSUANCE ARE ENCLOSED.

| | OAK LEAF CLUSTER | | |
|---|---|---|---|
| | BRONZE | SILVER | AMERICAN CAMPAIGN MEDAL (*Note 1*) |
| | | | ASIATIC–PACIFIC CAMPAIGN MEDAL (*Note 1*) |
| DISTINGUISHED FLYING CROSS | | | EUROPEAN–AFRICAN–MIDDLE EASTERN CAMPAIGN MEDAL (*Note 1*) |
| BRONZE STAR MEDAL | | | WW II VICTORY MEDAL |
| W LETTER "V" DEVICE | | | ARMY OF OCCUPATION MEDAL WITH ___ GERMANY ___ JAPAN CLASP |
| AIR MEDAL | | | ___ BERLIN AIRLIFT DEVICE |
| PURPLE HEART | | | NAVY OCCUPATION MEDAL ___ EUROPE ___ ASIA CLASP |
| | | | [X] NATIONAL DEFENSE SERVICE MEDAL (*Note 1*) |
| | | | KOREAN SERVICE MEDAL (*Note 1*) |
| | | | UNITED NATIONS SERVICE MEDAL |
| DISTINGUISHED UNIT CITATION | | | ✓ VIETNAM SERVICE MEDAL (*Note 1*) |
| AIR FORCE LONGEVITY SERVICE AWARD RIBBON | | | CHINA SERVICE MEDAL (EXTENDED) |
| AIR FORCE OUTSTANDING UNIT AWARD | | | ARMED FORCES RESERVE MEDAL WITH ___ HOUR GLASS DEVICE(S) |
| PRESIDENTIAL UNIT CITATION | | | NAVAL RESERVE MEDAL |
| | | | ORGANIZED MARINE CORPS RESERVE MEDAL |
| NAVY UNIT COMMENDATION | | | MARINE CORPS RESERVE RIBBON |
| X *Mobile Construction Battalion 58* | | | EXPEDITIONARY MEDAL (*Note 1*) |
| | | | ___ ARMED FORCES ___ MARINE CORPS ___ NAVY |
| ___ GOOD CONDUCT MEDAL ___ AIR FORCE ___ ARMY (*See Note 5*) | | | GOLD STAR LAPEL BUTTON ___ PIN ___ CLUTCH |
| ___ COAST GUARD ___ MARINE CORPS X NAVY | | | PRESIDENTIAL UNIT CITATION (*Note* |
| LOOPS: ___ BRONZE ___ SILVER | | | REPUBLIC OF VIETNAM CAMPAIGN MEDAL (*Note 3*) |
| STARS: ___ BRONZE ___ SILVER (*Note 1*) | | | PHILIPPINE ___ RIBBON (*Note 4*) |
| OAKLEAF CLUSTERS: | | | X *Combat Action Ribbon (Note 4)* |
| AMERICAN DEFENSE SERVICE MEDAL WITH ___ FLEET CLASP | | | X *Meritorious Unit Commendation* |
| ___ BASE CLASP ___ BRONZE LETTER "A" (*Note 1*) | | | X *Republic of Vietnam Armed Forces Meritorious* |
| ___ FOREIGN SERVICE CLASP | | | *Unit Citation of the Gallantry Cross with Palm* |

NOTE:
1. Clasps and/or Stars for these awards are not issued by this Center but may be purchased from stores which sell military supplies.

2. This is an award of the Philippine/Korean/Vietnam government and is not issued by the United States government. There is no medal which accompanies this award. The ribbons may be purchased from the stores which sell military supplies.

3. This is an award of the Vietnam government. The medal is not issued by the United States government but may be purchased from stores selling military supplies.

4. This ribbon is not available for issuance by this Center, however, you may purchase it from stores which sell military supplies.

5. Air Force enlisted personnel who qualified for the award of the Good Conduct Medal on or before May 31, 19__ is awarded the Army Good Conduct Medal. The Air Force Good Conduct Medal is awarded for qualifying service completed on or after June 1, 1963. Since the above named person qualified for the Good Conduct Medal before June 1, 1963, he is entitled only to the Army Good Conduct Medal.

[ ] MEDALS THAT HAVE BEEN PREVIOUSLY ISSUED ARE INDICATED BY AN ASTERISK.

[X] *unable to identify a MACV award. Please furnish the complete name of cited award and a further search will be made*

ENCLOSURE

*Franklin X Davidson*
*17 Franklin Street*
*Danvers, MA 01923*

*Jon P. Newton*

NATIONAL PERSONNEL RECORDS CENTER, GS
(Military Personnel Records)
9700 Page Boulevard
St. Louis, Missouri  63132

NCPM A- *c iT*

# CYBER SARGE'S

## GALLONS OF AGENT ORANGE, WHITE & BLUE
## APPLIED PER FIXED WING AIRCRAFT

### I CORPS
### 2,355,322

| I Corps | Orange | White | Blue | Total |
|---|---|---|---|---|
| A Shau | 53,550 | 2,550 | 6,128 | 62,228 |
| An Hoa | 6,500 | 1,800 | 11,250 | 19,550 |
| Binh Hoa | 8,220 | | 1,600 | 9,820 |
| Cam Lo | 80,375 | 8,660 | 12,785 | 101,820 |
| Camp Carrol | 78,200 | 5,400 | 5,050 | 88,650 |
| Camp Eagle | 14,250 | | | 14,250 |
| Camp Esso | 53,410 | 5,600 | 5,500 | 64,510 |
| Camp Evans | 18,690 | | 880 | 19,570 |
| Camp Henderson | 68,155 | 7,040 | 4,800 | 79,995 |
| Chu Lai ✓ 1969 | 12,170 | 4,150 | 1,598 | 17,918 |
| Con Thien | 84,700 | 12,460 | 10,925 | 108,085 |
| Da Nang, China Beach ✓ 1968 | 13,800 | | 2,000 | 15,800 |
| Dong Ha | 54,385 | 5,060 | 9,935 | 69,380 |
| Duc Pho, LZ Bronco | 46,225 | 14,400 | 1,175 | 61,800 |
| Firebase Jack | 140,875 | 11,900 | 3,280 | 156,055 |
| Firebase Rakkassan | 150,145 | 23,900 | 2,510 | 176,555 |
| Firebase West | 15,405 | 3,690 | 18,480 | 37,575 |
| Hill 63 | 20,500 | 3,200 | | 23,700 |
| Hill 69 | 11,620 | 4,150 | 1,598 | 17,368 |
| Hoi An ✓ 1968-1969 | 17,520 | 3,000 | 13,950 | 34,470 |
| Hue | 41,395 | | 5,070 | 46,465 |
| Khe Sanh, Firebase Smith | 43,705 | 3,040 | 4,300 | 51,045 |
| LangCo Bridge | 50,610 | 5,600 | 3,500 | 59,710 |
| LZ Baldy | 15,430 | 3,000 | 13,950 | 32,380 |
| LZ Dogpatch, Hill 327 | 4,490 | | 8,250 | 12,740 |
| LZ Geronimo | 22,535 | 14,000 | 468 | 37,003 |
| LZ Jane, Firebase Barbara | 91,150 | 6,750 | 3,700 | 101,600 |
| LZ Langley, Firebase Shepard | 72,105 | 7,040 | 4,800 | 83,945 |
| LZ Profess, Hill 55 | 39,300 | 13,000 | 17,209 | 69,509 |
| LZ Rockcrusher, Hill 85 | 47,800 | | | 47,800 |
| LZ Rockpile | 110,050 | 15,440 | 7,650 | 133,140 |
| LZ Ross | 15,405 | 6,720 | 18,508 | 40,633 |
| LZ Sandra | 118,780 | 20,210 | 24,755 | 163,745 |

APPENDIX #3 — Pg # 10
6/11/2003

# MORE THAN JUST AGENT ORANGE SPRAYED IN VIETNAM

## RAINBOW HERBICIDES

**The various chemicals were labeled by color-coded stripes on the barrels, an arsenal of herbicides known by the colors of the rainbow, including Agent Blue (which contained arsenic), Agent White, Agent Purple, and the lethal combination of 2,4-D and 2,4,5-T, Agent Orange. On January 13, 1962, three U.S. Air Force C-123s left Tan Son Nhut airfield to begin Operation Hades (later called Operation Ranch Hand), the defoliation of portions of South Vietnam's heavily forested countryside in which Viet Cong guerrillas could easily hide. By September 1962, the spraying program had intensified, despite an early lack of success, as U.S. officials targeted the Ca Mau Peninsula, a scene of heavy communist activity. Ranch Hand aircraft sprayed more than 9,000 acres of mangrove forests there, defoliating approximately 95 percent of the targeted area. That mission was deemed a success and full approval was given for continuation of Operation Ranch Hand as the U.S. stepped up its involvement in Vietnam.**

## RAINBOW HERBICIDES AND THEIR COMPONENTS:

- **Agent Orange: 2,4-D and 2,4,5-T; used between January 1965 and April 1970.**   *✓ SPRAYED 1968 @ Hei-An*
- **Agent Orange II (Super Orange): 2,4-D and 2,4,5-T; used in 1968 and 1969.**
- **Agent Purple: 2,4-D and 2,4,5-T; used between January 1962 and 1964.**
- **Agent Pink: 2,4,5-T; used between 1962 and 1964.**
- **Agent Green: 2,4,5-T; used between 1962 and 1964.**
- **Agent White: Picloram and 2,4-D. MORE info on Agent White**
- **Agent Blue: contained cacodylic acid (arsenic).**
- **Dinoxol: 2,4-D and 2,4,5-T; used between 1962 and 1964.**
- **Trinoxol: 2,4,5-T; used between 1962 and 1964.**
- **Diquat: Used between 1962 and 1964.**
- **Bromacil: Used between 1962 and 1964.**
- **Tandex: Used between 1962 and 1964.**
- **Monuron: Used between 1962 and 1964.**
- **Diuron: Used between 1962 and 1964.**
- **Dalapon: Used between 1962 and 1964.**

**MORE info on AO Chemicals**

*Dates are insignificant because the Dioxin is still being found in heavy concentration's to this day in Vietnam (1999)!*

## SOME THINGS YOU SHOULD DO:

**Educate yourself about issues facing Vietnam veterans and the nation; read some of the many good books that have been published recently.**

APPENDIX #4 — Pg # 11

(2003)

• Hi gh Court Deadlocks on Agent Orange Case  AP (Jun 9, 2003)

• V ietnam stages charity run for Agent Orange victims AFP (Jun 1, 2003)

**Opinion & Editorials**

• Fi tting Additions To the Wall Washington Post (Jun 3, 2003)

• A   prayer for today's bereaved The Oregonian (May 5, 2003)

**Feature Articles**

• How It Was  Washington Post (Jun 1, 2003)

• Robert McNamara's Film Debut Washington Post (May 22, 2003)

**Related Web Sites**

• V ietnam Online

• Rev isiting Vietnam

• V ietnam Veterans of America

**News Resources**

**Providers**

· AP

· Reuters

· The New York Times

· USA TODAY

· AFP

· NPR

  U.S. News & World Report

**News Alerts**

· John Paul Stevens

  U.S. Circuit Court of Appeals

**Search News**

Search:

News Stories

for

---

Com  ...ies that made the herbicide Agent Orang  ...ought their liability ended with the 1984 class-action settlement. Dow Chemical Co., Monsanto Co. and other companies, tried to reach veterans with ads in local and national newspapers and magazines.

*PARA 2*
In this case, the court was asked two questions. First, whether people who are unaware of their involvement in a class action suit are allowed to argue later that they were not property represented. And second, what standard should be used if those lawsuits are allowed.

*PARA 3*
Justices, in issuing a two-paragraph unsigned opinion, did not deal with either question. The effect of the tie vote, extremely rare at the court, is to affirm the 2nd U.S. Circuit Court of Appeals (news - web sites) judgment and allow litigation to proceed in lower court.

"A lot of veterans have been waiting for 10 years for this, their rights are vindicated," said Gerson Smoger of Oakland, Calif., the attorney for Isaacson and Stephenson.

*PARA 5*
During arguments in the case in February, some justices seemed concerned that the settlement shut out veterans.

The case is Dow Chemical Co. v. Stephenson, 02-271.

Also Monday, the court:

_ Made it easier for people to sue their employers for discrimination, ruling 9-0 in favor of a woman who claimed her sex cost her a job on an all-male casino crew. The Bush administration had urged the court to side with her employer, Caesars Palace in Las Vegas. Instead, justices said that Catharina Costa did not have to produce "direct evidence" of discrimination under a federal anti-discrimination law.

_ Ruled 9-0 that Iowa did not overstep its authority in imposing higher taxes on racetracks than riverboats. The court overturned a decision by the Iowa Supreme Court that it was unconstitutional to put higher taxes on companies that operate slot machines at dog and horse tracks than those that run riverboat casinos. The case is Fitzgerald v. Racing Association of Central Iowa, 02-695.

✉ Email Story        Post/Read Msgs (284)        Print Story

**Ratings:** Would you recommend this story?

Not at all **1 - 2 - 3 - 4 - 5** Highly
Avg Rating: 4.35, 73 votes

*(APPENDIX # 4A)*

---

Prev. Story:  Suspect Held After Calif. Girl Found Safe  (AP)

Next Story:  U.S. Probes 33 Suspected Monkeypox Cases  (AP)

More Top Stories Stories

· U.S. Soldier Shot and Killed in Iraq, 8th to Die in 14 Days  (The New York



Rer
man
as yo
Just $2

Late

Cli
try
for

**Services**
• Daily Ema
• Free News

**Outpatient Clinic**

17 Court Street
Boston MA 02108



# Veterans
# Administration

July 27, 1984

In Reply Refer To: 136C1

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
SS# 021.~~14~~4203

FRANKLIN
~~Francis~~ X. Davidson
11 Heritage Drive, Apt. 18
Salem, Massachusetts 01970

Dear Mr. Davidson:

We sincerely appreciate your recent participation in the Veterans
Administration's Agent Orange Registry. This effort should prove
to be very helpful in assisting us to better serve veterans, such
as yourself, who are concerned about the possible adverse health
effects of exposure to Agent Orange.

A reveiw of the results of your examination indicates that you have
hypertension, allergic rhinitis and arthritis of the spine.

If you were not previously aware of these findings or if you are not
in the care of a physician, I would recommend that you follow-up on
these problems.

Otherwise, the results suggest that you are presently in good health
and that you have no reason at this time to be concerned about
possible adverse health effects resulting from exposure to Agent
Orange. However, if in the future you have a medical condition about
which you are concerned, I would encourage you to seek the help and
advice of your nearest Veterans Administration Medical Center.

The results of your examination will be maintained by the Veterans
Administration and will be available for future use as needed.

Again, your participation in the registry is appreciated.

Sincerely,

SANFORD CHODOSH, M.D.
Environmental Physician


APPENDIX #

APPENDIX #5 — PAGE 12

| **Statement of the Case** | *Department of Veterans Affairs*<br>*Boston Regional Office* | Page 12<br>06/03/2003 |
|---|---|---|
| NAME OF VETERAN<br>F. X. DAVIDSON | VA FILE NUMBER<br>C 16 739 589 | SOCIAL SECURITY NR<br>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 | POA<br>None |

Arteriosclerosis.

Arthritis.

Atrophy, Progressive muscular.

Brain hemorrhage.

Brain thrombosis.

Bronchiectasis.

Calculi of the kidney, bladder, or gallbladder.

Cardiovascular-renal disease, including hypertension. (This term applies to combination involvement of the type of arteriosclerosis, nephritis, and organic heart disease, and since hypertension is an early symptom long preceding the development of those diseases in their more obvious forms, a disabling hypertension within the 1-year period will be given the same benefit of service connection as any of the chronic diseases listed.)

Cirrhosis of the liver.

Coccidioidomycosis.

Diabetes mellitus.

Encephalitis lethargica residuals.

Endocarditis. (This term covers all forms of valvular heart disease.)

Endocrinopathies.

Epilepsies.

Hansen's disease.

Hodgkin's disease.

Leukemia.

Lupus erythematosus, systemic.

Myasthenia gravis.

Myelitis.

Myocarditis.

Nephritis.

Other organic diseases of the nervous system.

Osteitis deformans (Paget's disease).

Osteomalacia.

Palsy, bulbar.

Paralysis agitans.

Psychoses.

Purpura idiopathic, hemorrhagic.

Raynaud's disease.

Sarcoidosis.

Scleroderma.

Sclerosis, amyotrophic lateral.

Sclerosis, multiple.

Syringomyelia.

Thromboangiitis obliterans (Buerger's disease).

Tuberculosis, active.

Tumors, malignant, or of the brain or spinal cord or peripheral nerves.

*V.A. LIST OF DISEASES FROM AGENT ORANGE EXPOSURE AS OF THE ABOVE DATE*

*APPENDIX #6 — PAGE # 13*

Franklin X. Davidson
16 739 589
Page 3



(A) You have been diagnosed with DMII since 1987, as reflected in the records on file with VA. A medical link between DMII and exposure to herbicides while stationed in-country Vietnam has been scientifically established.

When considering all of the facts above and the new Court decision, we find that you are entitled to the earlier effective date of May 8, 2001.

Entitlement to an earlier effective date for service connection for Type II Diabetes Mellitus has been granted. The medical records do not show that you have symptoms that are controlled by changes in your diet or medication.

A noncompensable evaluation is assigned from May 8, 2001.

A noncompensable evaluation is assigned unless there are symptoms controlled solely by restricted diet warranting an evaluation of 10 percent.

**2. Service connection for Heart Condition secondary to Herbicide Exposure as secondary to the service-connected disability of DMII.**

(β) The Rating Decision of October 16, 1996 denied your heart condition as being secondary to your DMII. This decision also denied direct service connection because there was no evidence of a heart condition in the service. (SEE APPENDIX #9 PARA. 2) WHERE VA. CONTRADICTS ITSELF ON CAUSE OF HEART DISEASE, ALSO SEE BELOW

The Rating Decision of June 5, 2002 denied your claim for a service connected heart condition, as a direct result of your active duty military service, a condition caused by exposure herbicides in Vietnam, or as a secondary condition to your service connected DMII.

After reviewing the medical evidence that has been recently associated with your claim we find it to primarily related to your heart condition. These records show your stress tests and treatment for a heart condition. These records still do not establish a link between your current heart condition and your military service.

Although there is a record of treatment for your condition, there is no link between your military service and your current heart condition. There is no creditable medical opinion or accepted research showing a link between your heart condition and your military service or service connected disabilities.

New and material evidence means evidence not previously submitted and which bears directly and substantially upon the claim. This evidence cannot be cumulative or redundant, and must by itself (or in connection with other previously submitted evidence) be significant enough to warrant reconsideration of a claim.

DAVIDSON, LIKE MANY OTHER EXPOSED VETS DID NOT CONTRACT DISEASES ASSO. WITH AGENT ORANGE UNTILL LONG AFTER DISCHARGE, AND NONE OF THE DISEASES SHOWED UP IMMEDIATLY AFTER EXPOSURE OR DURING MILATARY SERVICE. THIS WAS ONE OF THE INSIDOUS EFFECTS OF AGENT ORANGE EXPOSURE. BUT VA KNEW (APPENDIX #7) — Pq. # 14

Franklin X. Davidson
16 739 589
Page 2

## DECISION

(A)

1 . Entitlement to an earlier effective date for service connection for Type II Diabetes Mellitus ( Herbicide) is granted effective  May 8, 2001.

(B)

2 . The claim for service connection for Heart Condition secondary to Herbicide Exposure remains denied because the evidence submitted is not new and material. *SEE APPDX #6-8  HEART & HYPERTENSION LINK TO AGENT ORANGE EXPOSURE*

## EVIDENCE

- VA Claims Folder
- Laboratory test results  -Quest Diagnostics Inc. dated May 4, 1998 to January 11, 2002
- Hunt Center -cardiopulmonary services stress test report from June 23, 2000 through June 29, 2001
- Operative Record -Beverly Hospital -flexible sigmoidoscopy with polypectomy dated October 31, 2000
- Treatment Reports  -John C. Clapp, M.D. from May 11, 2000 through June 13, 2000
- Treatment Reports -Beverly Hospital from October 1, 1997 through January 22, 1998
- Hospital Report -Hunt Center, Joseph Baldwin, M.D. from October 1, 1997 through October 8, 1997
- U.S. Court of Appeals for the Federal Circuit decision, dated December 10, 2002. dated December 10, 2002

## REASONS FOR DECISION

### 1.  Entitlement to an earlier effective date for service connection of Type II Diabetes Mellitus.

The Rating Decision of June 5, 2002 granted service connection for your DMII on a presumptive basis.  The effective date for this award was July 9, 2001, the effective date of the liberalizing legislation. The Court has determined that VA erred in establishing July 9, 2001 and held that the correct effective date is May 8, 2001.

Your claims folders shows that you served in the U.S. Navy in the Republic of Vietnam. Your Service Medical Records show that you received medical treatment at the USNMCB-58 Camp Shields, Chu Lai, Republic of Vietnam.  These facts establish your presence in-country Vietnam and allow VA to presume exposure to herbicides while stationed there. *( SEE APPENDIX #1  DD214)*

*APPENDIX #7A — Pg. 14A*

LIST OF PARTIES

PLAINTIFF'S                                    DEFENDANT

FRANKLIN X. DAVIDSON                    DOW CHEMICAL CO.
DAWN M. DAVIDSON SILVA
JAMES N. SILVA
TINA M. SILVA


ALL PARTIES DO NOT APPEAR IN CAPTION OF THE CASE



# 05ᶜᵛ10139 JLT

UNITED STATES DISTRICT COU
DISTRICT OF MASSACHUSETT~

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

FRANKLIN X. DAVIDSON VS. DOW CHEMICAL CO.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL

COVER SHEET.   (SEE LOCAL RULE 40.1(A)(1)).

___   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases

_X_   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

___   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)).  IF MORE THAN ONE PRIOR RELATED CASE
HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
COURT?
                                          YES          NO X

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
PUBLIC INTEREST?   (SEE 28 USC §2403)
                                          YES          NO X
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                          YES          NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
28 USC §2284?
                                          YES          NO X

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE
SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                          YES          NO X

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        EASTERN DIVISION           CENTRAL DIVISION           WESTERN DIVISION

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
        GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION X         CENTRAL DIVISION           WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   FRANKLIN X. DAVIDSON   PRO SE
ADDRESS   P.O. BOX 4220   PEABODY MASS. 01961-4220
TELEPHONE NO.   978 538 0354

(Cover sheet local.wpd - 11/27/00)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

FRANKLIN X. DAVIDSON PRO SE ET AL
P.O. BOX 4220
PEABODY MASS. 01961-4220

## DEFENDANTS

DOW CHEMICAL CO.
2030 DOW CENTER
MIDLAND MICH. 48642

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   ESSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    ?
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

05 CV 10139 JLT

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

?

ATTORNEYS (IF KNOWN)

?

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

U.S. SUPREME COURT (TERRITORY)   DOC.NO. 02-271
2nd U.S. CIRCUIT COURT OF APPEALS ALLOWING LITIGATION TO PROCEED IN
PRODUCT LIABILITY 377,P. 897-900   111 N.E. 1070 ——— LOWER COURT.

## VII. REQUESTED IN COMPLAINT:

NO CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $4.5MILLION CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ YES   ☐ NO

## VIII. RELATED CASE(S)   (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   Franklin X Davidson Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____