FRANKLIN X. DAVIDSON
P.O. BOX 4220
PEABODY MASS. 01961-4220

FEBRUARY 4,2005

U.S. DISTRICT COURT
ATTN: MR. ANTHONY ANASTAS/CLERK
ONE COURTHOUSE WAY SUITE 2300
BOSTON MASS. 02210

REF: CASE NO. 05CV10139JLT

DEAR MR. ANASTAS, INCLOSED PLEASE FIND THE U.S. POSTAGE CERTIFIED LETTER DELIVERY GREEN CARD AS PROOF OF DELIVERY TO THE SUMMONS, AND COMPLAINT I SENT TO DOW CHEMICAL CO. JANUARY 28,2005 AS PER COURT RULES THE ORIGINAL IS TO BE KEPT IN COURT CUSTODY.

RESPECTFULLY YOURS,

*[signature]*

FRANKLIN X. DAVIDSON PRO SE
p.o.BOX 4220
PEABODY MASS. 01961-4220

TEL. 978 538 0354

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DOW CHEMICAL CORP.
   2030 DOW CENTER
   MIDLAND MICH. 48642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Kathy Spica*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   KAthy Spica                  1/31/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from)   7002 0510 0004 5429 4238

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035