FRANKLIN X. DAVIDSON PRO SE
P.O.BOX 4220
PEABODY MASS. 01961-4220

MARCH 20, 2005

HON. JUDGE JOSEPH L. TAURO
U.S. DISTRICT COURT SUITE 2300
BOSTON MASS. 02210            REF. CASE NO.05-CV10139JLT

    DEAR JUDGE TAURO, PURSUENT TO THE PACKAGE OF LEGAL DOCUMENTS MAILED TO YOU BY FEDERAL EXPRESS ON MARCH 18,2005 BY LEZLIE FARRIS ASSOCIATE OF RIVKIN/RADLER ATTORNEY'S AT LAW, WHO STATES THAT ALL DAMAGES ETC. HAVE BEEN ROUTINELY TRANSFERRED TO THE MULTIDISTRICT PANEL OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT ETC.AND MDL NO. 381, I HEREBY REQUEST THE HON. JUDGE TO DENY THIS REQUEST OF THE DEFENDANT FOR THE FOLLOWING REASONS.

(1) THE PLAINTIFF'S CASE WAS FILED LONG AFTER THE CASES PURSUENT TO THE CASES PUT FORWARD BY THE DEFENDANT,IE: MDL-381,AND CANNOT BE TIED TO A OLD CASE THAT HE HAD NO IMPUT, OR HEARING WHICH DENIES THE PLAINTIFF"S RIGHTS IN THE DUE PROCESS FEDERAL STATUTE IN THE 14TH AMEND. (US).

(2) THE PLAINTIFF'S CASE IS A STAND ALONE CASE AS THE RESULT OF THE DEADLOCKED U.S. SUPREME COURT CASE DOW VS. STEPHENSON,CASE NO. 02-271, OF APRIL 9,2003, WHERE THE REMAND TO THE CIRCUT COURT DID NOT ORDER MDL-381.

(3) TO FOLLOW THE DEFENDANT'S CONTENTION TO TRANSFER THIS CASE WOULD CAUSE THE PLAINTIFF UNDUE HARDSHIP, AS WELL AS COST, THE PLAINTIFF IS NOW RETIRED, AND 71 YEARS OLD AND CANNOT TRAVEL BETWEEN BOSTON, AND NEW YORK AT A WHIM, THEREFORE KNOCKING THE PLAINTIFF OUT OF THE CASE.

RESPECTFULLY YOURS,

*Franklin X. Davidson*

FRANKLIN X. DAVIDSON

FRANKLIN X. DAVIDSON PRO SE
P.O. BOX 4220
PEABODY MASS. 01961-4220

MARCH 20, 2005

U.S. DISTRICT COURT
ONE COURTHOUSE WAY SUITE 2300
BOSTON MASS. 02210

CASE NO. 05-CV10139JLT

ATTENTION CLERK OF COURT

DEAR SIR, OR MADAM, I HEREBY CERTIFY THAT I HAVE MAILED A COPY OF MY LETTER OF THIS DATE TO RIVKIN/RIDLER ATTORNEY'S AT LAW AT THERE ADDRESS AT EAB PLAZA UNIONDALE NY 11556-0111 ATTENTION: LEZLIE FARRIS ASSOCIATE BY FIRST CLASS MAIL FREE OF CHARGE.

RESPECTFULLY YOURS,

FRANKLIN X. DAVIDSON