FRANKLIN X. DAVIDSON PRO SE
P.O.BOX 4220
PEABODY MASS. 01961

APRIL 5,2005

U.S. DISTRICT COURT
ONE COURTHOUSE WAY SUITE 2300
BOSTON MASS. 02210

REF:CASE NO. 05-CV10139JLT

SUBJECT: PLAINTIFF OPPOSITION
TO DEFENDANT'S ATTEMPT
TO REMOVE CASE TO N.Y.

    THE PLAINTIFF HAS HEARD NO RULEING TO DATE OF THE DEFENDANT MOTION TO MOVE THE CASE TO NEW YORK AS INDICATED BY THE MARCH 18, 2005 BRIEF SENT TO THIS COURT CONCERNING THIS CASE.

    THE PLAINTIFF SENT A LETTER OF OPPOSITION TO THIS COURT ON MARCH 20,2005 WHERE THE PLAINTIFF WAS NOT A PART OF THAT CASE REFERRED TO BY THE DOW CHEMICAL ATTORNEY WHICH STARTED IN 1979, THE PLAINTIFF CASE WAS STARTED ON 1/21/05 AS A RESULT OF THE RECIENT SUPREME COURT DEADLOCK 02-271 OF APRIL 9,2003, A NEW CASE NOT A CONTINUATION OF THE OLD CASE OF 1979, THEREFORE THE PLAINTIFF IS IN A STAND ALONE SITUATION, AND NOT ATTACHED TO ANY WOULD BE CLASS ACTION SUIT.

    THE PLAINTIFF RESPECTFULLY PETITIONS THE COURT FOR A DECISION IN THE MATTER AS THE MOTION TIME LIMIT HAS PASSED.

RESPECTFULLY YOURS,

*[signature]*

FRANKLIN X. DAVIDSON PRO SE
TEL. 978 538 0354

I HEREBY CERTIFY I SERVED THE DEFENDANT COUNSEL ON THIS DATE BY U.S. FIRST CLASS MAIL AT RIVKIN/RADLER EAB PLAZA UNIONDALE NY 11556-1110.