FRANKLIN X. DAVIDSON PRO SE
P.O. BOX 4220
PEABODY, MASS. 01961-4220
APRIL 21, 2005

JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION
FEDERAL JUDICIARY BUILDING
ONE COLUMBUS CIRCLE N.E.
ROOM G-255 NORTH LOBBY
WASHINGTON DC 2002-8004
ATTN: MICHEAL J. BROCK CLERK

REF 05-10139 JLT

DEAR SIR, PURSUENT TO MY LETTER OF APRIL 19,2005, IN ANSWER TO YOUR CIRTIFIED MAIL LETTER OF APRIL 14,2005, RELATEING TO MY ANSWERING YOUR LETTER OF APRIL 8,2005, CONCERNING MY MOTION TO REMOVE MY CASE BACK TO THE DISTRICT COURT OF BOSTON WHERE I ORIGINALY FILED THE CASE. I HEREBY WITHDRAW FROM THE CASE PERIOD.

LITIGATION FOR VICTIMS IS SUPPOSE TO BE A USER FRENDLY AFFAIR, NOT A CIRCUS AFFAIR WHERE THE ONLY WINNERS ARE THE LAWYER'S WHO HAVE TRANSFERED THIS JUST CASE FOR VICTIMS OF AGENT ORANGE INTO THE USUAL FEE HEAVY PERCENTAGE FOR ATTORNEY'S IN CLASS ACTION SUITS, I EXPLAIN:

YOUR PANEL RULES 5.12(a), 5.13, 7.4(d) ARE A BONDUGLE OF OUT DATED COMPUTER PROGRAMS SUCH AS WINDOWS FOR THE GOVERNMENTS SAKE, AND LAWYER'S, BUT NOT THE VICTEM WHO IS SUPPOSE TO BE THE REASON OF THE CASE, AND IF YOU COULD FIND A NATIONAL OFFICE SUPPLY FIRM WHO COULD MAKE A DISK, PLUS 12 COPY'S TO MAIL OUT TO 8 OTHER LAWYER'S THE COST IS OUT OF SIGHT, THEREFORE PUSHING THE VICTEM PRO SE OUT OF THE CASE, SO I REPEAT, I WITHDRAW FROM THE CASE, I WILL RE-FILE IN THE FEDERAL DISTRICT COURT AT A LATER DATE WITHOUT THE U.S. SUPREME COURT DEADLOCK CASE NO.02-271, MY WITHDRAW DATE IS APRIL 21,2005.

I HEREBY CERTIFY I HAVE SERVICED THE U.S. DISTRICT COURT BOSTON MASS. ON THIS DATE, LEZLIE FARRIS DOW CHEMICAL ATTORNEY, ONLY, THE OTHER (8) ATTORNEY'S ARE NOT MY RESPONSIABILITY AS MY CASE WAS FORWARDED TO YOUR SECTION WITHOUT MY CONCURENCE, NOR DO THOSE LAWYER'S BELONG TO DOW CHEMICAL THE DEFENDANT.

RESPECTFULLY YOURS,

FRANKLIN X. DAVIDSON PRO SE

CC; U.S. DISTRICT COURT ONE COURTHOUSE PLACE BOSTON MASS. 02210

ATTORNEY LEZLIE FARRIS EAB PLAZA UNIONDALE NY 11556-1110