JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 381

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE "AGENT ORANGE" PRODUCTS LIABILITY LITIGATION

*Franklin X. Davidson, et al. v. Dow Chemical Co.*, D. Massachusetts,
C.A. No. 1:05-10139

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Davidson*) on April 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Davidson* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Davidson* was voluntarily dismissed in the District of Massachusetts on April 22, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order filed on April 8, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel